EXHIBIT "A"

# City of Forest Park

## DEPARTMENT OF POLICE SERVICES
### Chief Nathaniel Clark

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To: Chief Nathaniel Clark

From: Deputy Chief Antonio Fletcher

Date: May 21, 2020

Ref: Increase Job Duties

Chief Clark, pursuant to our conversation on May 20, 2020, I am following up with my request for the standard 10% pay increase that has been consistently provided to City of Forest Park employees if and when their job duties increase.

As you are aware, my job duties significantly increased beginning, January 6, 2020, with the change of administration at the City of Forest Park City Hall. Since that time I have accepted the challenges of the agency without hesitation and taken great pride in the opportunity provided to me both professionally and personally.

Initially, without any prompting of my own, it was relayed to me that the "governing body" would not be in favor of such an increase, and without questioning the rationale, I pressed on with the mission at hand.

To date, (approximately 20 weeks) there still has not been a date outlined in which these increased duties that I have willingly absorbed will effectively end.

With that fact in mind, I am requesting the 10% pay increase that has been afforded other city employees in my same position and I request that increase be "retro" to the initial January 6, 2020 date.

Because of my willingness to ensure the success of this agency, my loyalty to you as my direct supervisor, and out of respect to the citizens of this community, I will continue to provide a level of service that can only be described as—*Excellence,* regardless of the decision to this request.

I look forward to your response in this matter.

Cc: File

EXHIBIT "B"



CITY OF
**FORESTPARK**

ANGELYNE BUTLER, MPA
MAYOR

July 30, 2020

RE: Antonio L. Fletcher

To Whom It May Concern:

As the Mayor of the City of Forest Park, it was with great sadness and honor that I write this Letter of Recommendation on behalf of Mr. Antonio L. Fletcher. I am saddened at the departure of Mr. Fletcher from my beloved city; however, I would like this letter to serve as a testament to my belief that Mr. Fletcher will be an asset to your organization. Furthermore, I am honored because I can take this opportunity to highlight the exceptional aptitude and attitude of an amazing servant leader.

In my capacity as Mayor, I had the opportunity to work with Mr. Fletcher while he served as the Deputy Chief of Police for our City. During that time, I learned of Mr. Fletcher's expertise in the field of Law Enforcement, but also his professionalism. Mr. Fletcher demonstrated extreme professionalism internally when interacting with his colleagues and other Directors, but most importantly with our citizens. During Mr. Fletcher's tenure, he was instrumental in the initial steps and preparation during the global COVID-19 pandemic and because of his Emergency Management background, was a valued resource.

I can admit that I do not completely understand the day to day complexities of law enforcement, nevertheless there are some things I feel confident in saying. First, as the Chief of Police, integrity is crucial. Most importantly, said person must be able to stand up for what is morally just and apply the laws of justice in an unbiased fashion. Next, an intricate element to leadership, is knowing when to "lead" and when to "follow" and lastly, this person must be able to capture the pulse of the community.

It is for all the aforementioned reasons, coupled with Mr. Fletcher's positive attitude and extensive background that I believe he will port well into any municipality. It is also for those reasons; I would unequivocally support a decision to hire Mr. Fletcher as your next Chief of Police. Please do not hesitate to call me at 470-898-3188 if needed.

With the utmost respect and regard,

Angelyne Butler, MPA
Mayor

CITY HALL • 745 FOREST PARKWAY, FOREST PARK, GA 30297
WWW.FORESTPARKGA.ORG

Page 1 of 1

**EXHIBIT "C"**



U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

January 05, 2021

Mr. Antonio Fletcher
217 Hawstead Drive
Leesburg, GA  31763

Re:  EEOC Charge Against City of Forest Park Police Dept.
     No. 410202006071

Dear Mr. Fletcher:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.  If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney.  If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires.  Your request to the Court should be made well before the end of the time period mentioned above.  A request for representation does not relieve you of the obligation to file suit within this 90-day period.

The investigative file pertaining to your case is located in the EEOC Atlanta District Office, Atlanta, GA.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

by     /s/ Karen L. Ferguson
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Atlanta District Office, EEOC

City of Forest Park Police Dept.