AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Antonio Fletcher | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:21-CV-00197-ELR-JSA |
| City of Forest Park | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Forest Park, Georgia
City Hall
745 Forest Parkway
Forest Park, GA 30297

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Christopher K. Rhodes
Rhodes Law, P.C.
P.O. Box 973
Dalton, GA 30722

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



JAMES N. HATTEN
*CLERK OF COURT*

Date: 01/20/2021

s/Jessica Kelley
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-00197-ELR-JSA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Forest Park
was received by me on *(date)* 1/21/2021 3:30 PM  745 Forest Parkway 30297

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* S. Diane White - Deputy City Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* City of Forest Park on *(date)* 1/21/2021; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1/21/2021

Server's signature

Eddie Rogers
*Printed name and title*

730 Peachtree St, Suite 570
Atlanta, GA 30308
*Server's address*

Additional information regarding attempted service, etc:

F/M/BK/56/BK and Grey Hair 130 Lbs